**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:12-CR-22 (WLS) |
| VICTORIA METZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Before the Court is Defendant Victoria Metz's Motion to Extend Surrender Date. Metz, who was represented at trial by retained counsel, is scheduled to appear before the Court on June 26, 2013, regarding her motion for leave to appeal *in forma pauperis*. *See* M.D. Ga. L. Crim. R. 57(d)(3) (requiring defendant to appear for *in camera* inspection of the total amount of fees and costs paid to retained attorney). Metz represents she is scheduled to surrender June 6, 2013, before her court date, and she is pregnant with a history of gestational diabetes, high blood pressure, and preeclampsia. Because of her "high-risk pregnancy," Metz urges the Court to extend her surrender date to February 3, 2014.

For good cause shown, Metz's motion is **GRANTED in part**, as follows. Metz's surrender date is hereby **EXTENDED** to a date after the Court's Wednesday, June 26, 2013 hearing, as ordered by the Bureau of Prisons.

**SO ORDERED,** this  31st  day of May 2013.

                                           /s/ W. Louis Sands
                                           **THE HONORABLE W. LOUIS SANDS
                                           UNITED STATES DISTRICT COURT**